UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**TRACY LIN SCHUBERT,**

    Plaintiff,

v.                                  CASE NO.     3:05-cv-104-J-25MCR

**AMEC Civil LLC**,

    Defendant.

## **O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 4), recommending that (1) Plaintiff's complaint be dismissed without prejudice, and (2) that Plaintiff's request to proceed *in forma pauperis* be denied at this time. Plaintiff was furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. No objections have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

    **ORDERED AND ADJUDGED** that:

    1. The Magistrate Judge's Report and Recommendation (Dkt. 4) is adopted and incorporated by reference in this Order.

    2. Plaintiff's complaint is **DISMISSED without prejudice**. Plaintiff is hereby given twenty (20) days leave to amend her complaint in accordance with the Report and Recommendation. **Failure to file an amended complaint to correct the deficiencies or to file the amended**

**complaint in a timely fashion may result in the dismissal of this action with prejudice, without further notice**.

    3. Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED without prejudice** to Plaintiff to re-file same upon the filing of an amended complaint.

    **DONE AND ORDERED** at Jacksonville, Florida this 7th day of July, 2005.

                                    HENRY LEE ADAMS, JR.
                                    United States District Judge

Copies to:
*Pro Se* Plaintiff